# UNITED STATES DISTRICT COURT

for the

District of Columbia

|  |  |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>PERSONAL PROPERTY BELONGING TO TIMOTHY<br>DYER STORED AT THE UNITED STATES DEPARTMENT<br>OF TREASURY AT 875 15TH STREET NORTHWEST,<br>WASHINGTON DC 20005. | )<br>)<br>)<br>)   Case No.<br>)<br>)<br>) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

PERSONAL PROPERTY BELONGING TO TIMOTHY DYER STORED AT THE UNITED STATES DEPARTMENT OF TREASURY AT 875 15TH STREET NORTHWEST, WASHINGTON DC 20005.(as further described in the attached affidavit in support of search warrant, incorporated fully herein, including Attachment A)

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

Evidence, fruits, and instrumentalities of violations of Uttering counterfeit obligations or securities, in violation of 18 U.S.C. § 472, Fictitious Obligations, in violation of 18 U.S.C. § 514, and Misuse of Department of Treasury names, in violation of 31 U.S.C. § 333 (as further described in the attached affidavit in support of search warrant, incorporated fully herein, including Attachment B).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 472 | Uttering counterfeit obligations or securities, Fictitious Obligations,    Misuse of |
| 18 U.S.C. Section 514. | Department of Treasury names |
| 31 U.S.C. Section 333 | |

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Josh Henderson, Special Agent, Department of Treasury
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___06/02/2017___

_____
*Judge's signature*

City and state:  Washington, D.C.

ROBIN MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

The property to be searched is:

    a.  A ZTE X500 smartphone, MEID# 268435461003505031 ("Device 1"); and,

    b.  A BLU Hero JR S250 smartphone, IMEI 351770054624708 ("Device 2"),.

(the "Devices") are currently held by the United States Department of Treasury at 875 15th Street

Northwest, Washington, DC 20005

Page 1 of 1

## ATTACHMENT B
### *Property to be seized*

1.     All records relating to violations of 18 U.S.C. §§ 472 (uttering counterfeit obligations or securities), 514 (Fictitious Obligations) and 31 U.S.C. § 333 (misuse of Department of Treasury names), including:

a. Records and images of identification documents, authentication features, or false identification documents used or possessed, World Government of World Citizens Passport to include passport numbers

b. Records relating to bank account numbers, routing numbers, credit or debit cards numbers, expiration dates, and names, addresses or other identifying information of lawful bank account holders to include businesses, corporations, private citizens and government agencies, bureaus or departments;

c. Records relating to the purchase or use of financial instruments which may be used to obtain automobiles, cash, property or real estate ;

d. Any information recording TIMOTHY DYER, schedule or travel during the course of the scheme;

e. All bank records, checks, credit card bills, account information, and other financial records;

f. Records relating to Sovereign Citizens, International Bill of Exchange, Uniform Commercial Code, United States Department of Treasury, United States Department of Transportation, Federal Reserve Board, FEDWIRE and U.S. Treasury Bonds and Treasury Direct;

g. Images, documents and records relating to the production, use and dissemination of International Bills of Exchanges printed on VersaCheck stock.

h. Indices of use, rental and/or ownership of the vehicle to be searched, including, but not limited to, title, registration, purchase, rental or lease agreements.

i. evidence of who used, owned, or controlled the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

j. evidence of software that would allow others to control the Devices, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

k. evidence of the lack of such malicious software;

l. evidence of the attachment to the Devices of other storage devices or similar containers for electronic evidence;

m.  evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Devices;

n.  evidence of the times the Devices were used;

o.  passwords, encryption keys, and other access devices that may be necessary to access the Devices;

p.  records of or information about Internet Protocol addresses used by the Devices;

q.  records of or information about the Internet activity on the Devices, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

r.  contextual information necessary to understand the evidence described in this attachment.

# ATTACHMENT C

## DISTRICT COURT OF MARYLAND
## FOR BALTIMORE COUNTY

## SEARCH AND SEIZURE WARRANT

TO:          Any Police Officer of BALTIMORE COUNTY, MARYLAND:

GREETINGS:

WHEREAS:

Affidavits having been made before me by, Detective Alex #3734, and of the Baltimore County Police, Regional Auto Theft Team, that he has to believe that:

## ON THE PREMISES KNOWN AS:

315 Bright Oaks Drive Bel Air Md., 21015 *(including any and all outbuildings, sheds, garages, contained within the property).*

Further described as a single family house with a white front glass storm door and green main door having the numbers 315 attached to the left of the doorway. In addition this location is known to your Affiant's on sight as 315 Bright Oaks Drive Bel Air Md., 21015.

## IN THE VEHICLE DESCRIBED AS:

A silver Nissan Maxima with VIN # 1N4BA41E66C822967 parked in front of aforementioned address.

There is presently concealed certain property, NAMELY:

- Check paper, printer, photocopies, ink, official style/notary type seals, stamps and other items used in the production of counterfeit checks, electronic funds transfers, and other negotiable, non-negotiable financial instruments and any other forms or documents similar to banking documents.

- Computers or other digital electronic device capable of transferring, copying, receiving and/or storing digital information (data, images or video) used to

produce Check paper, printer, photocopies, ink, official style/notary type seals, stamps and other items used in the production of counterfeit checks, electronic funds transfers, and other negotiable, non-negotiable financial instruments and any other forms or documents similar to banking documents.

- Forensic evidence including but not limited to fingerprints, photographs, and trace evidence.
- Any address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of possible co-defendants as well as residency papers, title documents and vehicle sale paperwork, receipts, bank records, estimates, repossession orders,
- All items found which are fruits, instrumentalities and evidence of a crime related or attributed to Auto Theft, including stolen vehicle parts, not limited to but including engines, transmissions, body parts, electronic control modules, keys, frames, vehicle emblems, ect., and any evidence that relates to dismantling of vehicles, e.g. VIN plates, Federal Safety stickers, VIN labels and Confidential VIN plates; and any such records, electronic or otherwise, that relates to service work, sales transactions, registration, title work, insurance information, and any such tools as commonly used in the theft of vehicles, e.g., dent pullers, slim-jim, tools used for the concealment of vehicle identifications, e.g., casts and die.

which is evidence relating to the commission of the crimes pertaining to Theft, in violation of Criminal Law Article CR 7-104, Possession of Counterfeit Title, Criminal Law Article CR 8-603 and Counterfeiting of Private Instruments and Documents in violation of Criminal law Article CR 8-601 of the Criminal Law Articles of Maryland, and common law, and I am satisfied that there is probable cause to believe that the property so described is in or on the premises above described and that grounds for issuance of the Search and Seizure Warrant exist, being those grounds as stated on the Application and Affidavit attached hereto and incorporated herein by reference.

You are, therefore, commanded, with the necessary and proper assistance, to search forthwith the premises and vehicle herein above specified; including but not limited to all

locked and unlocked containers; executing this Warrant and making the search; and if the property be found there, to seize it; and upon execution of this Warrant, there are found persons then and there engaged in the commission of a crime, arrest those so participating, leaving a copy of this Warrant and Application / Affidavit heretofore with an inventory of the property seized and returning a copy of said Warrant, Application/Affidavit, and inventory, if any, to me, within ten (10) days after execution of this Warrant; or, if not served, to return this Warrant and Application/Affidavit, to me promptly, per Maryland Rules, Rule 4-601(d).

Dated this _10th_ day of May 2014 , at (TIME) _110 M_

SIGNED: _____
(JUDGE)

## DISTRICT COURT OF MARYLAND
## FOR BALTIMORE COUNTY

## APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

To the Honorable Judge _B Gerig_ of the District Court of
BALTIMORE COUNTY, Your Affiant, Detective Alex #3734 a member of the
Baltimore County Police Departments, Regional Auto Theft Team, being duly sworn, do
depose and say that he has reason to believe that:

### ON THE PREMISES KNOWN AS:

315 Bright Oaks Drive Bel Air Md., 21015 *(including any and all outbuildings, sheds,*
*garages, contained within the property).*

Further described as a single family house with a white front glass storm door and green
main door having the numbers 315 attached to the left of the doorway. In addition this
location is known to your Affiant's on sight as 315 Bright Oaks Drive Bel Air Md.,
21015.

### IN THE VEHICLE DESCRIBED AS:

A silver Nissan Maxima with VIN # 1N4BA41E66C822967 parked in front of
aforementioned address.

There is presently concealed certain property, NAMELY:

- Check paper, printer, photocopies, ink, official style/notary type seals, stamps
  and other items used in the production of counterfeit checks, electronic funds
  transfers, and other negotiable, non-negotiable financial instruments and any
  other forms or documents similar to banking documents.

- Computers or other digital electronic device capable of transferring, copying,
  receiving and/or storing digital information (data, images or video) used to

produce Check paper, printer, photocopies, ink, official style/notary type seals, stamps and other items used in the production of counterfeit checks, electronic funds transfers, and other negotiable, non-negotiable financial instruments and any other forms or documents similar to banking documents.

- Forensic evidence including but not limited to fingerprints, photographs, and trace evidence.

- Any address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of possible co-defendants as well as residency papers, title documents and vehicle sale paperwork, receipts, bank records, estimates, repossession orders,

- All items found which are fruits, instrumentalities and evidence of a crime related or attributed to Auto Theft, including stolen vehicle parts, not limited to but including engines, transmissions, body parts, electronic control modules, keys, frames, vehicle emblems, ect., and any evidence that relates to dismantling of vehicles, e.g. VIN plates, Federal Safety stickers, VIN labels and Confidential VIN plates; and any such records, electronic or otherwise, that relates to service work, sales transactions, registration, title work, insurance information, and any such tools as commonly used in the theft of vehicles, e.g., dent pullers, slim-jim, tools used for the concealment of vehicle identifications, e.g., casts and die.

which is evidence relating to the commission of the crimes pertaining to Theft, in violation of Criminal Law Article CR 7-104, Possession of Counterfeit Title, Criminal Law Article CR 8-603 and Counterfeiting of Private Instruments and Documents in violation of Criminal law Article CR 8-601 of the Criminal Law Articles of Maryland, and common law, and I am satisfied that there is probable cause to believe that the property so described is in or on the premises above described and that grounds for issuance of the Search and Seizure Warrant exist, being those grounds as stated on the Application and Affidavit attached hereto and incorporated herein by reference.

## EXPERTISE:

Your Affiant, Detective Joseph Alex, #3734, has been a member of the Baltimore County Police Department since March of 1994. During that time the following expertise has been established: Your Affiant was assigned to the uniform patrol division of the North point Precinct for approximately four (4) years. In addition to the training received in the

Baltimore County Police Academy your Affiant has attended and completed a five-day
school on the Fourth Amendment, which concentrated on the search and seizure of
various items. Your Affiant has also attended a two-week school on Controlled
Dangerous Substances hosted by the Baltimore County Police Departments Narcotics
Division. Topics covered included surveillance techniques, drug identification,
interdiction techniques, search warrant composition, and undercover skills. Your Affiant
has also attended the REID interview and interrogation school. Your Affiant has co-
authored (1) vehicle seizure warrant, which resulted in the seizure of a motorcycle, and
has authored/ co-authored several narcotics search and seizure warrants resulting in the
seizure of illicit substances for which numerous persons were charged criminally.
Your Affiant was assigned to the North Precinct Community Drug and Violence
Interdiction Team (C.D.V.I.T.) for approximately three years, and has seized a substantial
amount of various Controlled Dangerous Substances which lead to the arrest and
prosecution of the involved suspects. Your Affiant has participated in the execution of
numerous Search and Seizure warrants while assigned to this unit, and while assisting
other units. Your Affiant was assigned to the North Point Investigative Services Unit and
was responsible for the investigation of all crimes in violation of Maryland's annotated
code. Currently your Affiant is assigned to Baltimore's Regional Auto Theft Task Force.
During this assignment your Affiant Detective Alex has attended over 120 hours of
training specific to vehicle identification and the apprehension of those involved in
vehicle theft. Additionally, your Affiant has participated in specific investigations
involving vehicles and all associated paperwork, ie..titles, counterfeit titles, sales records
etc.

## AFFIDAVIT IN SUPPORT OF APPLICATION:

On 5-7-14 at 1309 hours Officer Wrightson #4457 was dispatched to 7900 Eastern Blvd
21224 for a suspicious condition. Upon arrival, he met with complainant George Cuff,
who is the manager of Bob Bell Chevrolet. He advised that he received a $161,184.00
International Bill of Exchange back from SunTrust Bank as being non-negotiable. He
advised that he re-contacted a Timothy Dennis Dyer (DOB 03-22-62) about the payment
for the above listed Chevy Malibu's that were sold on 04-11-14. He advised that the Dyer
subject advised that he did not have any money and that he should contact his lawyer. He
advised that he in turn called 911 to report the incident.

Arnold Hornstein, who works for Bob Bell Chevrolet, advised that on 04-10-14 a
Timothy Dyer came into the business to inquire about buying the above listed vehicles.
He advised that an agreed upon purchase price was made. He advised that the Defendant
came back on 04-11-14 to sign the mutual contract and to post payment. He advised that
the Timothy Dyer presented a World Government of World citizens passport # 345487
issued on March 20, 2014. He advised that he also passed an International Bill of

Exchange in the amount of $161,184.00 (#1004). He advised that he checked with the Bank and it seemed legitimate at that time. He advised that he then gave the Dyer subject the keys to the above listed vehicles. He advised that a Elias Colon (DOB 06-05-66) was also with him during the businesses driving vehicles and the remaining 5 vehicles were shipped to an unknown address.

On 05-07-14 the above non-negotiable instrument came back from SunTrust Bank as being a non-negotiable instrument.

Officer Wrightson contacted a Detective Burton # 4353 with Financial and Cyber Crimes unit. He advised to simply write a suspicious condition because it could be a civil matter unless SunTrust Bank confirms that it is a fraudulent note. He advised to contact the States attorney to ascertain if the incident is a crime or civil matter once SunTrust verifies.

Officer Wrightson contacted a Mark Koenigsberg with SunTrust Bank. He advised him to e-mail the documents to him and he would verify the authenticity.

Mr. Cuff advised that the Elias Colon subject was in the process of buying 10 Chevy Malibu's as well with a similar method of payment (CC# 141271452).

On 05-08-14 Officer Wrightson heard back from a Mark Koenigsberg, who works for SunTrust Bank. He advised that he looked at all International Bills of Exchange and advised that they were non-negotiable methods of payment.

Officer Wrightson then spoke with Baltimore County States Attorney Adam Lippe, who handles white collar fraud investigations. Officer Wrightson was able to convey the facts of the case and he determined that a theft had occurred. He advised Officer Wrightson to conduct a further investigation at Bob Bell and then fax him all the reports to the case. He advised that he would consult with States Attorney Kate Turnbull about the case and he would take over the case at this time.

On 05-08-14 at 1500 hours Officer Wrightson re-interviewed Arnold Hornstein, who works for Bob Bell Chevrolet. He advised that he initially received the request for seven 2014 vehicles from the Bel Air, MD Chevy dealership. He advised that he conversed with Timothy Dyer, who was later identified through a MD drivers license, in person and over emails. He advised that he was sought out because he is the District fleet vehicle dealer. He advised that Timothy Dyer presented the before mentioned International Bill of Exchange as payment for the seven vehicles. He advised that he sent the check to his internal accounting office as well as a local SunTrust Bank who advised initially that it looked valid. He advised that the fictitious document had the name of Dyer Trust out of Tennessee. He advised that the Bank had the US treasury routing # of 062736011 and 212829565. The IBOE # 1004 was listed on the document. The document was listed for $161,184.00. A note on the top of the document says that it is not a Bank check.

Arnold Hornstein advised that Timothy Dyer and another person with the name of Elias
Colon drove two of the seven vehicles away. He advised that the remaining vehicles were
transported to an address in Fallston, MD.

He advised that the Timothy Dyer did come in several times after the document came
back from the Bank in order to straighten out the financing. He advised that the last time
the Timothy Dyer came into the store he advised him to talk to his attorney. He advised
that Timothy Dyer also emailed him one last time thanking him for the vehicles and
welcoming him to the "team." He advised that Timothy Dyer attached several Sovereign
Citizen documents to the e-mail.

After consultation with A. Lippe and K. Turnbull assistant states attorney's with
Baltimore County, the seven (7) vehicles were entered in NCIC as stolen.

On 5/9/2014 three of the vehicles were found in the Baltimore County area and secured.
In each instance the subject in possession of the vehicle claimed that they were given the
vehicle as a gift. The first subject stopped was Kyle Milligan.  He advised that his
friend's father, Timothy Dyer had purchased the vehicle for him. He was told that it was
paid for and registered to the "Dyer Trust" and was just like driving a company vehicle.
Kyle claims that he was cautious at first but when he went to the dealer and the salesman
delivered the cars it all seemed legitimate. The second subject stopped was a Colby
Giacubeno. He claimed that he received the vehicle under the same circumstances as
Kyle Milligan. He added that he did not go to the dealer and that Timothy Dyer brought
the car to his house. The third person stopped was Joshua Dyer, Timothy Dyers son. He
claimed that he lives with his Aunt and Uncle because of a strained relationship with his
father. He claimed that his father recently contacted him and was trying to purchase
several vehicles for Joshua and his friends. He claimed that all his research finally
worked. When Timothy Dyer took Joshua Dyer and Kyle Milligan to the car dealer to
pick up the vehicles it all seemed to be legitimate.

On 5/9/2014 one of the stolen Chevrolet Malibu's was found in the possession of
Timothy Dyer at his home located at 315 Bright Oaks Drive Bel Air Md., 21015. Also in
his possession were the keys to a silver Nissan Maxima VIN# 1N4BA41E66C822967
which was parked in front of this same location. At this time Timothy Dyer claimed to be
the owner of this Nissan Maxima. Detective Sargent Malone was able to observe several
financial looking documents in this vehicle. He specifically observed a document titled
EFT credit document in an amount over 1 million dollars. This document is similar to the
document fabricated to facilitate the fraudulent purchase and ultimately the theft of the
seven Chevrolet Malibus.

Your Affiant interviewed Timothy Dyer at 2300 hours. He advised he did not believe
there were any financial documents in his home, but he had a 1.2 million dollar
promisory note that he issued in his vehicle. He claims that for every large purchase he
makes, he uses a form of payment that is based on his ability to issue himself credits.

Due to the above events Your Affiant believes that there are additional self issued financial documents as well as evidence pertaining to the creation of these financial documents inside the home and vehicle of Timothy Dyer.

Members of the Regional Auto Theft Team (RATT) have conducted several recent investigations regarding the use of counterfeit and/or altered bank and financial documents used to obtain and sell stolen vehicles. In these cases, the thief will either counterfeit or alter a financial document or access Sovereign Citizen web sites and download Sovereign financial paperwork. The thief will then use this paperwork to purchase one or several vehicles for personal use or to sell for profit knowing that the documents are not supported by any financial institution and are not negotiable forms of payment. The vehicles are then titled with other sovereign papers in an attempt to conceal the identity of the vehicle in hopes to hide it from authorities and/ or bank repossession agents.  Additionally your Affiant knows through training, knowledge and experience that cellular/digital technology has advanced to the point that evidence is commonly found stored in telephones and other digitally connected devices. Your Affiant has found and recovered evidence stored in cellular telephones/devices in the form of stored phone numbers, texts, video, email and photographs, all part of the ongoing communications between active participants in criminal activities.

Wherefore your Affiant prays that a Search and Seizure Warrant be issued for said residence known as **315 Bright Oaks Drive Bel Air, MD 21015** as previously aforementioned and described.

Affiant: _____

Detective Alex #3734

SWORN to before me and subscribed to in my presence this _____ day of May, 2014, at _____ a.m./p.m.

SIGNED: _____

(JUDGE)

# ATTACHMENT D

4

DISTRICT/CIRCUIT COURT OF MARYLAND 
FOR BALTIMORE COUNTY

### APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT

TO:   The Honorable ___Judge Stringer,___
Judge of the District/Circuit Court for Baltimore County, State of Maryland.

Affidavit having been made before me by Detective J.T. Alex #3734, and Detective C. Miller #5180, duly sworn members of the Baltimore County Police Department, assigned to the Baltimore Regional Auto Theft Task Force that they have reason to believe that:

### ON THE MOBILE PHONE KNOWN AS:
## "Cricket" Cell Phone
Further described as a Cricket Wireless Model ATE X500 with MEID # 268435461003505031

**There is now property subject to seizure, such as:**

- **Wireless telephone data consisting of; , including but not limited to embedded data contact lists, phone numbers, text messages, images, Emails, and GPS data etc. Any address and/or telephone books and papers reflecting names, addresses, and/or telephone numbers of possible co-defendants.**

### PROBABLE CAUSE:

On 5-7-14 at 1309 hours Officer Wrightson #4457 was dispatched to 7900 Eastern Blvd 21224 for a suspicious condition. Upon arrival, he met with complainant George Cuff, who is the manager of Bob Bell Chevrolet. He advised that he received a $161,184.00 International Bill of Exchange back from SunTrust Bank as being non-negotiable. He advised that he re-contacted a Timothy Dennis Dyer (DOB 03-22-62) about the payment for the Chevy Malibus that were sold on 04-11-14. He advised that the Dyer subject advised that he did not have any money and that he should contact his lawyer. George Cuff then called 911 to report the incident.

Arnold Hornstein, who works for Bob Bell Chevrolet, advised that on 04-10-14 a Timothy Dyer came into the business to inquire about buying the above listed vehicles. He advised that an agreed upon purchase price was made. He advised that the Defendant came back on 04-11-14 to sign the mutual contract and to post payment. He advised that Timothy Dyer presented a World Government of World citizens passport # 345487 issued on March 20, 2014. He advised that he also passed an International Bill of Exchange in the amount of $161,184.00 (#1004). He advised that he checked with the Bank and it seemed legitimate at that time. He advised that he then gave the Dyer subject the keys to the above listed vehicles. Elias Colon (DOB 06-05-66) was also with Timothy Dyer during the Bill of sale. Both subjects left the businesses driving vehicles and the remaining 5 vehicles were shipped to an unknown address.

On 05-07-14 the International Bill of Exchange instrument came back from SunTrust Bank as being a non-negotiable financial instrument. Officer Wrightson contacted a Detective Burton # 4353 with Financial and Cyber Crimes unit. He advised to simply write a suspicious condition because it could be a

civil matter unless SunTrust Bank confirms that it is a fraudulent note. He advised to contact the States attorney to ascertain if the incident is a crime or civil matter once SunTrust verifies. Officer Wrightson contacted a Mark Koenigsberg with SunTrust Bank. He advised him to e-mail the documents to him and he would verify the authenticity. On 05-08-14 Officer Wrightson heard back from a Mark Koenigsberg, who works for SunTrust Bank. He advised that he looked at all International Bills of Exchange and advised that they were non-negotiable methods of payment.

Officer Wrightson contacted the Baltimore County States Attorney office and spoke with the white collar crimes prosecutor. Officer Wrightson conveyed the facts of the case and the States Attorney determined that a theft had occurred. Officer Wrightson returned to Bob Bell and then faxed all the reports from the investigation.

On 05-08-14 at 1500 hours Officer Wrightson re-interviewed Arnold Hornstein, who works for Bob Bell Chevrolet. He advised that he initially received the request for seven 2014 vehicles from the Bel Air, MD Chevy dealership. He advised that he conversed with Timothy Dyer, who was later identified through a MD drivers license, in person and over emails. He advised that he was sought out because he is the District fleet vehicle dealer. Arnold Hornstein advised that Timothy Dyer presented the International Bill of Exchange as payment for the seven vehicles. Arnold Hornstein then sent the check to his internal accounting office as well as a local SunTrust Bank who initially thought that it looked valid. The fictitious document had the name of Dyer Trust out of Tennessee. He advised that Bank had the US treasury routing # of 062736011 and 212829565. The IBOE # 1004 was listed on the document. The document was listed for $161,184.00. A note on the top of the document says that it is not a Bank check. Timothy Dyer and another person with the name of Elias Colon drove two of the seven vehicles away. He advised that the remaining vehicles were transported to an address in Fallston, MD.

Timothy Dyer did come in several times after the document came back from the Bank in order to straighten out the financing. He advised that the last time the Timothy Dyer came into the store he advised him to talk to his attorney. He advised that Timothy Dyer also emailed him one last time thanking him for the vehicles and welcoming him to the "team." He advised that the Timothy Dyer attached several Sovereign Citizen documents to the e-mail.

After consultation with Assistant States Attorneys for Baltimore County, the seven (7) vehicles were entered in NCIC as stolen.

On 5/9/2014 three of the vehicles were found in the Baltimore County area and secured. In each instance the subject in possession of the vehicle claimed that they were given the vehicle as a gift. The first subject stopped was Kyle Milligan. He advised that his friend's father, Timothy Dyer had purchased the vehicle for him. He was told that it was paid for and registered to the "Dyer Trust" and was just like driving a company vehicle. Kyle claims that he was cautious at first but when he went to the dealer and the salesman delivered the cars it all seemed legitimate. The second subject stopped was a Colby Giacubeno. He claimed that he received the vehicle under the same circumstances as Kyle Milligan. He added that he did not go to the dealer and that Timothy Dyer brought the car to his house. The third person stopped was Joshua Dyer, Timothy Dyers son. He claimed that he lives with his Aunt and Uncle because of a strained relationship with his father. He claimed that his father recently contacted him and was trying to purchase several vehicles for Joshua and his friends. He claimed that all his research finally worked. When Timothy Dyer took Joshua Dyer and Kyle Milligan to the car dealer to pick up the vehicles it all seemed to be legitimate.

On 5/9/2014 one of the stolen Chevrolet Malibu's was found in the possession of Timothy Dyer at his home located at 315 Bright Oaks Drive Bel Air Md., 21015. Also in his possession were the keys to a silver Nissan Maxima VIN# 1N4BA41E66C822967 which was parked in front of this same location. At

this time Timothy Dyer claimed to be the owner of this Nissan Maxima. Detective Sergeant Malone was able to observe several financial looking documents in this vehicle. He specifically observed a document titled EFT credit document in an amount over 1 million dollars. This document is similar to the document fabricated to facilitate the fraudulent purchase and ultimately the theft of the seven Chevrolet Malibus.

Members of the Regional Auto Theft Team (RATT) have conducted several recent investigations regarding the use of counterfeit and/or altered bank and financial documents used to obtain and sell stolen vehicles. In these cases, the thief will either counterfeit or alter a financial document or access Sovereign Citizen web sites and download Sovereign financial paperwork. The thief will then use this paperwork to purchase one or several vehicles for personal use or to sell for profit knowing that the documents are not supported by any financial institution and are not negotiable forms of payment. The vehicles are then titled with other sovereign papers in an attempt to conceal the identity of the vehicle in hopes to hide it from authorities and/ or bank repossession agents. Additionally your Affiants know through training, knowledge and experience that cellular/digital technology has advanced to the point that evidence is commonly found stored in telephones and other digitally connected devices. Your Affiants have found and recovered evidence stored in cellular telephones/devices in the form of stored phone numbers, texts, video, email and photographs, all part of the ongoing communications between active participants in criminal activities. Detective Alex was also told by Joshua Dyer that he and his father, Timothy Dyer, did not have much face to face contact. The contact that they did have in reference to the aforementioned vehicles was conducted via text and cellular telephone. The Cricket Cellular telephone having MEID# # 268435461003505031 was taken from Timothy Dyer at the time of his arrest on 5/9/2014.

## Expertise:

Your Affiant, Detective Joseph Alex, #3734, has been a member of the Baltimore County Police Department since March of 1994. During that time the following expertise has been established: Your Affiant was assigned to the uniform patrol division of the North point Precinct for approximately four (4) years. In addition to the training received in the Baltimore County Police Academy your Affiant has attended and completed a five-day school on the Fourth Amendment, which concentrated on the search and seizure of various items. Your Affiant has also attended a two-week school on Controlled Dangerous Substances hosted by the Baltimore County Police Departments Narcotics Division. Topics covered included surveillance techniques, drug identification, interdiction techniques, search warrant composition, and undercover skills. Your Affiant has also attended the REID interview and interrogation school. Your Affiant has co-authored (1) vehicle seizure warrant, which resulted in the seizure of a motorcycle, and has authored/ co-authored several narcotics search and seizure warrants resulting in the seizure of illicit substances for which numerous persons were charged criminally.

Your Affiant was assigned to the North point Precinct Community Drug and Violence Interdiction Team (C.D.V.I.T.) for approximately three years, and has seized a substantial amount of various Controlled Dangerous Substances which lead to the arrest and prosecution of the involved suspects. Your Affiant has participated in the execution of numerous Search and Seizure warrants while assigned to this unit, and while assisting other units. Your Affiant was assigned to the North Point Investigative Services Unit and was responsible for the investigation of all crimes in violation of Maryland's annotated code. Currently your Affiant is assigned to Baltimore's Regional Auto Theft Task Force. During this assignment your Affiant Detective Alex has attended over 120 hours of training specific to vehicle identification and the apprehension of those involved in vehicle theft. Additionally, your Affiant has participated in specific investigations involving vehicles and all associated paperwork, ie., titles, counterfeit titles, sales records etc.

Your Affiant, Detective C. E. Miller #5180, has been assigned to the Property Crimes Unit of the Criminal Investigative Division since 03/01/2012. Prior to this assignment, he has been assigned as a Business Patrol Officer since 10/01/2009 and as a District Patrol Officer at the Pikesville Precinct since 12/10/2005. Since then your Affiant has completed several investigations involving a wide variety of criminal incidents including burglary, grand and petty theft. During these investigations your Affiant has been able to effectively interview victims and witnesses for the necessary information in order to identify suspects. In addition, your Affiant has been able to obtain surveillance photographs, compile photograph arrays of possible suspects, recover evidence, conduct surveillance on possible suspects, and subpoena necessary information in order to further investigations. When a suspect(s) has been identified your Affiant has applied for and obtained arrest and search warrants in an attempt to close these cases. Your Affiant is familiar with several investigative data bases including the Regional Pawn Data Sharing System (RPDSS), and has utilized them to further investigations. Your Affiant has attended numerous schools regarding criminal investigation including a three day Search and Seizure School provided by the department. The school discussed in detail the 4th Amendment, scope, and drafting and service of search and seizure warrants. Your Affiant has been the co/affiant on numerous search warrants and assisted on several more. Your Affiant is familiar with the departmental regulations regarding search warrant procedure, and has adhered to those regulations in each of the above experiences.

Your Affiants therefore pray that a Search and Seizure Warrant be issued authorizing them, with the necessary and proper assistance to enter and search the aforementioned and described property and to search for, seize and remove there from, examine and analyze it; including the opening of any files, including electronic mail whether opened or unopened, any and all parts thereof, of any particular evidence and/or contraband related to and in violation of the Laws of the State of Maryland, in particular Theft [CR 7-104], Auto Theft (CR7-105), Unauthorized Use of Auto (Cr 7-203) of the Annotated Code of Maryland,

_____
Detective J.T. Alex #3734

_____
Detective C. Miller #5180

Dated this __12__ day of June 2014

__10:35 AM__
Time

ASSOCIATE JUDGE OF THE DISTRICT/CIRCUIT COURT FOR BALTIMORE COUNTY, STATE OF MARYLAND,

_____
Judge

## DISTRICT/CIRCUIT COURT OF MARYLAND
## FOR BALTIMORE COUNTY

### SEARCH AND SEIZURE WARRANT

TO: ANY POLICE OFFICER

GREETINGS:

WHEREAS:

Application and Affidavit having been made before me by Detectives J.T. Alex #3734 and C. Miller #5180, members of the Baltimore County Police Department, assigned to the Baltimore Regional Auto Theft Task Force being duly sworn, depose and say that there is probable cause to believe that there is property subject to seizure:

### ON THE MOBILE PHONE KNOWN AS:
### "Cricket" Cell Phone .
Further described as a Cricket Wireless Model ATE X500 with MEID # 268435461003505031

I am satisfied that there is probable cause to believe that the property so described is in or on the above described item and that grounds for issuance of the search warrant exist, being those grounds as stated on the application and affidavit attached hereto and incorporated herein by reference.

You are, therefore, commanded with the necessary and proper assistance, to search forthwith the item, herein above described for the property/information herein above specified, executing this warrant and making the search; and if the property be found there to seize it; and if upon execution of this warrant, there are found persons then and there engaged in a crime, arrest those so participating, leaving a copy of this warrant and application/affidavit therefore with an inventory of the property seized, and returning a copy of said warrant, application/affidavit and inventory, if any, to me within ten days after execution of this warrant; or, if not served, to return this warrant and application/affidavit to me within ten days after its expiration, as required by law.

Dated this _12th_ day of June, 2014

_10:35 a.m_
Time

ASSOCIATE JUDGE OF THE DISTRICT/CIRCUIT COURT FOR BALTIMORE COUNTY, STATE OF MARYLAND.

JUDGE

# ATTACHMENT E

AO 106 (Rev. 04/10)  Application for a Search Warrant

**ORIGINAL FILED**

## UNITED STATES DISTRICT COURT

OCT 29 2015

for the

District of New Jersey

WILLIAM T. WALSH, CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Personal property belonging to Timothy DYER stored at
the Cape May County Correctional Center, 125 Crest
Haven Road, Cape May Court House, NJ 08210

)
)
)
)
)
)

Case No.  15-1059 (AMD)

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A2

located in the _____ District of _____ New Jersey _____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B2

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 472, 514, and 31 U.S.C. § 333 | uttering counterfeit obligations or securities, Fictitious Obligations and misuse of Department of Treasury names |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Daniel Harding, Special Agent, Department of Treasury
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 10/29/2015 _____

_____
*Judge's signature*

City and state:  Camden, New Jersey

Ann Marie Donio, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A2

The property to be searched is:

Personal property belonging to Timothy DYER stored at the Cape May County Correctional Center, 125 Crest Haven Road, Cape May Court House, NJ 08210

1

**ATTACHMENT B2**

*Property to be seized*

1.      All records relating to violations of 18 U.S.C. §§ 472 (uttering counterfeit obligations or securities), 514 (Fictitious Obligations) and 31 U.S.C. § 333 (misuse of Department of Treasury names), including:

a.  Records and images of identification documents, authentication features, or false identification documents used or possessed, World Government of World Citizens Passport to include passport numbers

b.  Records relating to bank account numbers, routing numbers, credit or debit cards numbers, expiration dates, and names, addresses or other identifying information of lawful bank account holders to include businesses, corporations, private citizens and government agencies, bureaus or departments;

c.  Records relating to the purchase or use of financial instruments which may be used to obtain automobiles, cash, property or real estate ;

d.  Any information recording TIMOTHY DYER, schedule or travel during the course of the scheme;

e.  All bank records, checks, credit card bills, account information, and other financial records;

f.  Records relating to Sovereign Citizens, International Bill of Exchange, Uniform Commercial Code, United States Department of Treasury, United States Department of Transportation, Federal Reserve Board, FEDWIRE and U.S. Treasury Bonds and Treasury Direct;

g.  Images, documents and records relating to the production, use and dissemination of International Bills of Exchanges printed on VersaCheck stock

h.  Indices of use, rental and/or ownership of the vehicle to be searched, including, but not limited to, title, registration, purchase, rental or lease agreements.

i.  Cellular telephone and the memory ~~there of from any information regarding for~~ contained therein ~~information~~ relating to items a. through h above and any contacts with victims or co-conspirators.

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   15-1059 (AMD) |
| Personal property belonging to Timothy DYER stored at | ) | |
| the Cape May County Correctional Center, 125 Crest | ) | |
| Haven Road, Cape May Court House, NJ 08210 | ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

    An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the _____ District of _____ New Jersey
*(identify the person or describe the property to be searched and give its location)*:

    See Attachment A2

    I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

    See Attachment B2

    **YOU ARE COMMANDED** to execute this warrant on or before _____November 12, 2015_____ *(not to exceed 14 days)*
   ☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

    Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

    The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____Ann Marie Donio_____ .
                                                 *(United States Magistrate Judge)*

    ☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
    ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:     10/29/15 at 2:17 p.m.                                        
                                                                                *Judge's signature*

City and state:       Camden, New Jersey                     Ann Marie Donio, U.S. Magistrate Judge
                                                               *Printed name and title*

## ATTACHMENT A2

The property to be searched is:

Personal property belonging to Timothy DYER stored at the Cape May County Correctional Center, 125 Crest Haven Road, Cape May Court House, NJ 08210

1

## ATTACHMENT B2

*Property to be seized*

1.      All records relating to violations of 18 U.S.C. §§ 472 (uttering counterfeit obligations or securities), 514 (Fictitious Obligations) and 31 U.S.C. § 333 (misuse of Department of Treasury names), including:

a.   Records and images of identification documents, authentication features, or false identification documents used or possessed, World Government of World Citizens Passport to include passport numbers

b.   Records relating to bank account numbers, routing numbers, credit or debit cards numbers, expiration dates, and names, addresses or other identifying information of lawful bank account holders to include businesses, corporations, private citizens and government agencies, bureaus or departments;

c.   Records relating to the purchase or use of financial instruments which may be used to obtain automobiles, cash, property or real estate ;

d.   Any information recording TIMOTHY DYER, schedule or travel during the course of the scheme;

e.   All bank records, checks, credit card bills, account information, and other financial records;

f.   Records relating to Sovereign Citizens, International Bill of Exchange, Uniform Commercial Code, United States Department of Treasury, United States Department of Transportation, Federal Reserve Board, FEDWIRE and U.S. Treasury Bonds and Treasury Direct;

g.   Images, documents and records relating to the production, use and dissemination of International Bills of Exchanges printed on VersaCheck stock

h.   Indices of use, rental and/or ownership of the vehicle to be searched, including, but not limited to, title, registration, purchase, rental or lease agreements.

i.   Cellular telephone and the memory /contained therein ~~thereof from any information regarding for information~~ relating to items a. through h above and any contacts with victims or co-conspirators.

## AFFIDAVIT IN SUPPORT OF
## APPLICATIONS UNDER RULE 41 FOR
## WARRANTS TO SEARCH AND SEIZE

I, Daniel Harding being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of applications under Rule 41 of the Federal Rules of Criminal Procedure for search and seizure warrants authorizing the search of:

     a.   a white in color, 1996, Chevrolet Astro van, with vehicle identification number (VIN) 1GBEL19W6TB102068, bearing Tennessee license plate P8406W, registered to the Dyer Family Trust located at 3670 Valley View Highway, Sequatchie, Tennessee 37374;

     b.   personal property belonging to Timothy Dennis DYER, presently being held at the Cape May County Correctional Center, Cape May, New Jersey.

2.      I am a Senior Special Agent with the United States Department of Treasury, Office of Inspector General ("TOIG") and have been since February 2013.  Prior to the Treasury, I was a Special Agent with the U.S. Department of Housing and Urban Development for 12 years.  Prior to my appointment as a Special Agent I was a police officer and deputy sheriff in the State of Maryland for 5 years.  As part of my official duties as a TOIG agent, I investigate a wide variety of criminal offenses, including violations of 18 U.S.C. §§ 472 (uttering counterfeit obligations or securities), 514 (Fictitious Obligations) and 31 U.S.C. § 333 (misuse of Department of Treasury names).

1

3.      I have received training in the area of fraud, theft, organized crime, and sovereign citizens.  During the course of my duties, I have been the investigating agent and affiant for multiple applications for search warrants and arrest warrants involving various types of frauds and thefts.  I have also participated in the planning and execution of several search warrants and arrest warrants involving various types of fraud and theft.

4.      This affidavit is intended to show only that there is sufficient probable cause for the requested warrants and does not set forth all of my knowledge about this matter.  The information contained in this affidavit is based, in part, on my first-hand knowledge, and also on information given to me by other law enforcement officers and agencies.

## PROBABLE CAUSE

### International Bill of Exchange (IBOE) Draft #1

5.      On May 7, 2014, a Baltimore County Police Department (BCPD) Officer was dispatched to 7900 Eastern Boulevard, Baltimore, Maryland 21224 for suspicious activity at the Bob Bell Nissan automobile dealership.  The BCPD officer met with George Cuff, a Bob Bell Nissan Manager, who advised he received a $161,184.00 International Bill of Exchange (IBOE) was reported as being non-negotiable by SunTrust Bank.  Cuff further explained that the IBOE was received on April 11, 2014 as payment by Timothy Dennis DYER for (7) Chevy Malibu cars he purchased.  Cuff informed the officer that after being notified by the bank, he contacted DYER about the payment for the cars, at which time DYER informed Cuff he did not have any money and that Bob Bell Chevrolet/Nissan should contact his lawyer.

6.      Arnold Hornstein, the salesman for Bob Bell Chevrolet, advised the officer that on April 10, 2014 DYER came into the business to inquire about buying (7) Chevy Malibu cars.  Hornstein advised that DYER agreed to a purchase price and stated DYER returned to Bob Bell

2

Chevrolet on April 11, 2014 to sign the mutual contract and to post payment. DYER presented a World Government of World citizens passport #345487 issued on March 20, 2014 as identification and the IBOE #1004 in the amount of $161,184.00.

7.      Hornstein accepted the IBOE and sent the instrument to his internal accounting office, which initially advised the instrument appeared valid, because the IBOE had the name TIMOTHY D. DYER TRUST, U.S. Treasury routing number 062736011, account number 212829565 and IBOE#1004.

8.      Elias COLON accompanied DYER to Bob Bell Chevrolet. Hornstein gave DYER the keys to (2) of the (7) Chevy Malibu cars, at which time DYER and COLON, each separately drove off the lot in new Malibu cars. The (5) remaining Malibu cars were shipped to an address in Fallston, MD.

9.      Bob Bell Chevrolet subsequently deposited IBOE #1004 into their SunTrust Bank account.

10.     George Davis, owner of Bob Bell Chevrolet/Nissan, informed your Affiant, that as soon as DYER's purchase appeared to be successful, COLON began the process of purchasing (14) vehicles in a similar method and DYER attempted to purchase another (4) vehicles.

11.     Cuff informed your Affiant that he received a telephone call from an automobile dealership in New Jersey the day after DYER and COLON left the dealership with possession of the cars. The dealership inquired about the successful purchase of cars using an IBOE. The New Jersey dealership told Cuff a homeless man walked into their dealership and wanted to buy (7) cars using an IBOE. When the New Jersey dealership challenged the instrument, the

3

homeless man referred them to Bob Bell Chevrolet, because an IBOE was successfully used there.

12.    Your Affiant received IBOE #1004 from Bob Bell Chevrolet and retained the bogus instrument as evidence. Your Affiant examined the fraudulent instrument and noted the following; the fraudulent IBOE contained the words, Secretary of the Treasury of the United States of America, United States Department of The Treasury and U.S. Secretary of Transportation as the Account Domain "Payor" Bank. The fraudulent instrument also contained the words, Secretary of the Treasury of the United States or Other Authorized Representative of the United States as the "Drawee." The fraudulent IBOE also read as follows, "Per Guarantee of U.C.C. Contract United States Treasury Priority Prepaid Exempt Account/Bond No."

13.    Your Affiant submitted copies of the front and back images of IBOE #1004 to the U.S. Treasury's Bureau of Fiscal Services (BFS) Business Line Department. BFS is the Department of Treasury's authority on financial instruments and subsequently deemed the IBOEs to be fraudulent.

14.    Your Affiant also submitted copies of the front and back images of IBOE #1004 to the Office of Counsel for the Treasury's Office of Inspector General. The Office of Counsel also deemed the IBOEs to be fraudulent.

4



IBOE Drafts #2, #3, and #4

15.    Christina Simons, Chief Financial Officer for Bob Bell Automotive, informed

your Affiant that between the dates of April 25, 2014 and April 30, 2014, COLON sent

Hornstein IBOEs using FedEx parcel service to Bob Bell Nissan, 7900 Eastern Avenue,

Baltimore MD  21224.  Simons also informed your Affiant that between April 11, 2014 and

April 30, 2014 COLON communicated with Bob Bell Nissan using the email

ecjestate@optimum.net to place the vehicle order and coordinate the payments.

5

16.     Draft #2, IBOE (unknown number and print date), in the amount of $251,883.00 was payment for (5) Nissan vehicles.

17.     Bob Bell Nissan subsequently deposited the IBOE into their SunTrust Bank account.  To date, Bob Bell Nissan and SunTrust Bank have not been able to locate the original instrument.

18.     Draft #3, IBOE #1007, in the amount of $23,586.93 and draft #4, IBOE #1008 in the amount of $386,581.47 were payment for (9) Chevy vehicles.

6

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

References Prepaid Private status, exchange and acknowledgement, Note: Not a Bank check, for Holding, Account & EFT only Private-between the Parties This is a tender of Credit-set off / and or discharge the obligation as per UCC-103; 1-104; 3-311; 3-603(a)(b) and Public Policy House Joint Resolution of June 5, 1933, Negotiable through: The Federal Window via Treasury Tax & Loan Department & Drawer's UCC Contract Trust Account. UCC 3-505(c), 3-501(b)(a)(b), 3-410 & UCC 207 (4)(18)(30), 3-103(a)(b), Public Law 73-10.

ALLONGE

IBOE NO. 1007

ISSUE DATE: 4-30-2014

(UNCITRAL CONVENTION)

Registered Mail No. RB 648 318 942 US

INTERNATIONAL BILL OF EXCHANGE

*** TWENTY THREE THOUSAND FIVE HUNDRED EIGHTY SIX ***

*** NINTY THREE CENTS UNITED STATES DOLLARS ONLY.*** ORIGINAL PRIVATE BANK DRAFT

$23,586.93 USD

PER GUARANTEE OF U.C.C. CONTRACT UNITED STATES TREASURY PRIORITY PREPAID EXEMPT ACCOUNT/BOND NO:

134662837 062736553 I.S. [illegible] BOND NO. [illegible] NY SOS [illegible]

CREDIT UPON SIGHT TO PAYEE:
BOB BELL CHEVROLET/NISSAN, INC
7900 Eastern Avenue
Baltimore, Maryland 21224

DRAWEE:
SECRETARY OF THE TREASURY OF THE UNITED STATES
OR OTHER AUTHORIZED REPRESENTATIVE OF THE UNITED STATES

USC Title 26 Sec. 1. 275-1(b) 1099 OID (Credit Issue)

ACCOUNT DOMAIN- PAYOR: BANK
SECRETARY OF THE TREASURY OF THE UNITED STATES OF AMERICA
U.S. SECRETARY OF TRANSPORTATION
UNITED STATES DEPARTMENT OF THE TREASURY
Treasury Central System (effect payments)
TOCS, P.O. BOX 1686
BIRMINGHAM, ALABAMA USA 35201-1686

THRU ENS LEGIS U.S. CITIZEN-TRUST:
ELIAS COLON JR. TRUST [illegible]
P.O. BOX 971, [illegible]
NESCONSET, NEW YORK, USA BY RULE OF LEX DOMICILLI USA
DRAWER:
Private Banker International (1)
ELIAS COLON JR. [illegible] FIRST A.I.
P.O. BOX 971,
NESCONSET, NEW YORK [illegible] BY RULE OF LEX DOMICILLI USA

VOID WHERE PROHIBITED BY LAW

062736011 134662837 01007

**STATEMENT OF ACCOUNT and STIPULATION**

The Balance shown below reflects a good-faith Statement of Account for the account indicated below. The Account Representative or his designee may correct or approve the statement. If you determine the balance is different than as shown below, your documented correction must be returned within fourteen (14) days of receipt of this tender. Pursuant to ss 679.210, [UCC ss 9-210], failure to correct and return the Statement of Account with supporting documentation of indebtedness within fourteen (14) days constitutes agreement with accounting, after which you, your successors, agents, co-business partners, and/or assignee may only make a claim up to the amount this statement shows as a balance.

**IMPORTANT NOTICE:**

If you do not know how to process this instrument, forward it to the appropriate department or superior to effect expeditious settlement of the account. Retention of this document constitutes acceptance and intent to perform pursuant to the request made in the accompanying acceptance.

**STATEMENT OF ACCOUNT:**

| DATE | ACCOUNT NO. | AMOUNT DUE | AMOUNT TENDERED | CURRENT BALANCE |
|---|---|---|---|---|
| 4/30/2014 | CUST # 131000 | $23,586.93 | $23,586.93 | $0.00 |
| | | | | |

**Accepted for Value invoice and UCC-3 must remain attached to IBOE**

**PRE-AUTHORIZED TRANSFER MEMORANDUM**
**Pursuant to Public Law 73-10 House Joint Resolution 192 - June 5, 1933**

**FIDUCIARY: The attached International Bill of Exchange No. 1007 is a non-cash discharge item with an attached charging Instrument that has been acceptance for value and returned for settlement and closure by the principal. This International Bill of Exchange is to be presented to the DRAWEE and processed by FEDWIRE to access the Exempt Priority Prepaid Account used for this purpose. Post the uncollected credits into the asset column of this account and charge the offer and acceptance for settlement prepaid and exempt when entered in the post-closing balance. Return to original issue profile is priority exempt after acknowledgement from the principal. This is a prepaid exchange item and a US bankruptcy proceeding remedy. (See attached Memorandum of Law and Points and Authorities.)**

**VOID WHERE PROHIBITED BY LAW**

UCC-1 NO. 1007

ISSUE PURSUANT TO AND IN ACCORDANCE WITH FINAL ARTICLES OF THE UNCITRAL CONVENTION IN EFFECT THE DATE HERE OF, (REFERENCE: Ratify convention articles 1-7, 11-13, 40-2, 4-4a, 51). PUBLIC POLICY DOCUMENT DRAFT ISSUED BY A PRIVATE UNINCORPORATED NATIONAL BANKING ASSOCIATION, GUARANTEE LEGAL TENDER OF THE CORPORATE LIMITED STATES OF AMERICA. LEGAL TENDER FOR ALL DEBTS, PUBLIC CHARGES, TAXES AND DUES PAYABLE WITHOUT DEDUCTIONS FOR AND FREE OF ANY LEVY, DUTIES, OR IMPORT OF ANY NATURE OR THE UNITED STATES DOLLARS (USD), PRESENT DIRECTLY TO THE COLLECTING PARTY WITH DOCUMENTS, ACCEPTANCE FOR HONOR TO CREDIT ON SITE.

SPECIAL INSTRUCTION (TREASURY CONTROL SYSTEM) (OFFSET PAYMENTS) (1.) Non-cash-item- Prepaid Electronic Funds Transfer Only Instrument for discharge of any private or public contractual claim/offer to include those that are verbal. (2.) This valuable document written in Good Faith under the Doctrine of Necessity and Tendered for Transfer by Assignment of Account to the Drawee to Render Settlement in Full Satisfaction and Closure of Contract dated April 10th, 2014 by the transfer of credit for credit on account. (3.) See attached letter of instruction and Information Memorandum of Law. (4.) Invoice Dated April 30th, 2014 Instrument and Form UCC-3 must remain attached to this instrument. (5.) Acceptance of this instrument constitutes agreement of the parties that discharge obligations of the original invoice/demand. (5.) SEPERATION OF THESE DOCUMENTS, DESTRUCTION, MUTILATION, OR SURRENDER TO MAKER DISCHARGES LIABILITY HERE IN.

SIGNATURE _____ EXEC _____ AGENT, WITHOUT RECOURSE.
THIS DATE OF APRIL 30th, 2014
"As good as Avol", Authorized Representative, Autho _____

ON THIS 30th DAY OF APRIL, 2014, BEFORE ME A NOTARY PUBLIC IN THE STATE OF NEW YORK, USA, CAME TO MAN WHO PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE MAN WHOSE SIGNATURE IS SUBSCRIBED HEREON. THIS SAID MAN SOLEMLY AFFIRMED THAT HE HAS FIRST HAND KNOWLEDGE OF THE FACTS CONTAINED HEREIN AND THAT THEY ARE, CORRECT, COMPLETE, AND CERTAIN.

8

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING. THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.
Reference Prepaid Private status, exchange and release judgment, Note Not a Bank check, for Holding, Account & EFT only Private-between the Parties This is a tender of Credit-set off / and or discharge the obligation as per UCC-103; 1-104; 3-311; 3-603(b)(c) and Public Policy House Joint Resolution of June 5, 1933, Negotiable through The Federal Window via Treasury Tax & Loan Department A Drawer's UCC Contract Trust Account. UCC 3-605(a), 3-601(b)(a),(b), 3-419 & UCC 207 (b)(2)(b), 3-603(b)(b), Public Law 73-10.

| ISSUE DATE: 4/30/2014 | ALLONGE | TRUE No. 1005 |
| GENERAL CONVENTION | Registered Mail No. RJ 443 338 342 US |

### INTERNATIONAL BILL OF EXCHANGE

`$386,581.47 USD`

*** THREE HUNDRED EIGHTY SIX THOUSAND FIVE HUNDRED EIGHTY ONE ***
*** FORTY SEVEN CENTS UNITED STATES DOLLARS ONLY *** ORIGINAL PRIVATE BANK DRAFT:
PER GUARANTEE OF U.C.C. CONTRACT UNITED STATES TREASURY PRIORITY PREPAID EXEMPT ACCOUNT/BOND NO:

| 13465837 | 72204555 | USI PRICI T RC BOND NO. 156666-20212 | KY SOS UCC 3-2013-2671721-42.14 |

CREDIT UPON RIGHT TO PAYEE:
DRAWER:
**BOB BELL CHEVROLET/NISSAN , INC**
SECRETARY OF THE TREASURY OF THE UNITED STATES
7900 Eastern Avenue
OR OTHER AUTHORIZED REPRESENTATIVE OF THE UNITED STATES
Baltimore, Maryland 21224

USC Title 26 Sec. 1. 275-1(b) 1099 OID (Credit Issuer)

ACCOUNT DOMAIN- PAYOR: BANK
THIRD ENS LEGIS U.S. CITIZEN-TRUST
SECRETARY OF THE TREASURY OF THE UNITED STATES OF AMERICA
ELIAS COLON JR. TRUST 35-633540
U.S. SECRETARY OF TRANSPORTATION
P.O. BOX 971, VISHOI
UNITED STATES DEPARTMENT OF THE TREASURY
NEMCONSEY, NEW YORK, USA BY ROLE US LEX DOMITILIA-USA
Treasury United System (bailed payments)
DRAWER:
TOCS, P.O. BOX 1446
Primer Banker International (?)
BIRMINGHAM, ALABAMA   USA 35201-1446
ELIAS COLON JR. RECEIVING POST A/C
P.O. BOX 971,
NEMCONSEY, NEW YORK 11105 BY ROLE OF LEX DOMITTLIA USA

VOID WHERE PROHIBITED BY LAW

06273б011      1346628з7      01008

## STATEMENT OF ACCOUNT and STIPULATION

The Balance shown below reflects a good-faith Statement of Account for the account indicated below. The Account Representative or his designee may correct or approve the statement. If you determine the balance is different than as shown below, your documented correction must be returned within fourteen (14) days of receipt of this tender. Pursuant to ss 679.210, [UCC ss 9-210], failure to correct and return the Statement of Account with supporting documentation of indebtedness within fourteen (14) days constitutes agreement with accounting, after which you, your successors, agents, co-business partners, and/or assignee may only make a claim up to the amount this statement shows as a balance.

### IMPORTANT NOTICE:

'If you do not know how to process this Instrument, forward it to the appropriate department or superior to effect expeditious settlement of the account. Retention of this document constitutes acceptance and intent to perform pursuant to the request made in the accompanying acceptance.

### STATEMENT OF ACCOUNT:

| DATE | ACCOUNT NO. | AMOUNT DUE | AMOUNT TENDERED | CURRENT BALANCE |
|---|---|---|---|---|
| 4/30/2014 | CUST # 131000 | $386,581.47 | $386,581.47 | $0.00 |
|  |  |  |  |  |
|  |  |  |  |  |

———— Accepted for Value Invoice and UCC-3 must remain attached to IBOE ————

### PRE-AUTHORIZED TRANSFER MEMORANDUM
Pursuant to Public Law 73-10 House Joint Resolution 192 - June 5, 1933

**FIDUCIARY:** The attached International Bill of Exchange No. 1008 is a non-cash discharge item with an attached charging Instrument that has been acceptance for value and returned for settlement and closure by the principal. This International Bill of Exchange is to be presented to the DRAWEE and processed by FEDWIRE to access the Exempt Priority Prepaid Account used for this purpose. Post the uncollected credits into the asset column of this account and charge the offer and acceptance for settlement prepaid and exempt when entered in the post-closing balance. Return to original issue profile is priority exempt after acknowledgement from the principal. This is a prepaid exchange item and a US bankruptcy proceeding remedy. (See attached Memorandum of Law and Points and Authorities.)

### VOID WHERE PROHIBITED BY LAW

IBOE NO. 1008

ISSUE PURSUANT TO AND IN ACCORDANCE WITH FINAL ARTICLES OF THE UNCITRAL CONVENTION IN EFFECT THE DATE HERE OF. (REFERENCE: Ratify convention articles 1-7, 11-13, 46-2, 4-4c, 51). PUBLIC POLICY DOCUMENT DRAFT ISSUED BY A PRIVATE UNINCORPORATED NATIONAL PASSING ASSOCIATION. GUARANTEE LEGAL TENDER OF THE CORPORATE UNITED STATES OF AMERICA. LEGAL TENDER FOR ALL DEBTS, PUBLIC CHARGES, TAXES AND DUES PAYABLE WITHOUT DEDUCTIONS FOR AND FREE OF ANY LEVY, DUTIES, OR IMPORT OF ANY NATURE IN THE UNITED STATES DOLLARS (USD), PRESENT DIRECTLY TO THE COLLECTING PARTY WITH DOCUMENTS, ACCEPTANCE FOR HONOR TO CREDIT ON SITE.

SPECIAL INSTRUCTION (TREASURY CONTROL SYSTEM) (OFFSET PAYMENTS) (1.) Non-cash item– Prepaid Electronic Funds Transfer Only Instrument for discharge of any private or public contractual claim/offer to include those that are verbal. (2.) This valuable document written in Good Faith under the Doctrine of Necessity and Tendered for Transfer by Assignment of Account to the Drawee to Render Settlement in Full Satisfaction and Closure of Contract Dated April 30th, 2014 by the transfer of credit for credit on account. (3.) See attached letter of Instruction and Information Memorandum of Law. (4.) Invoice Dated April 30th, 2014 Instrument and Form UCC-3 must remain attached to this instrument. (5.) Acceptance of this instrument constitutes agreement of the parties that discharge obligations of the original invoice/demand. (6.) SEPARATION OF THESE DOCUMENTS, DESTRUCTION, MUTILATION, OR SURRENDER TO MAKER DISCHARGES LIABILITY HEREIN.

SIGNATURE:_____, AGENT, WITHOUT RECOURSE.
THIS DATE OF APRIL 30th, 2014
"As good as Aval", Authorized Representative, As Holder-in-Due-Course.

ON THIS 30th DAY OF APRIL, 2014, BEFORE ME A NOTARY PUBLIC OF THE STATE OF NEW YORK, USA, CAME TO MAN WHO PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE MAN WHOSE SIGNATURE IS SUBSCRIBED HEREOF, THIS SAID MAN SOLEMNLY AFFIRMED THAT HE HAS FIRST HAND KNOWLEDGE OF THE FACTS CONTAINED HEREIN AND THAT THEY ARE, CORRECT, COMPLETE, AND CERTAIN.

19.     Your Affiant, received IBOE #1007 and #1008 from Bob Bell Chevrolet and retained the bogus instruments as evidence. Your Affiant examined the fraudulent instruments and noted the following; the fraudulent IBOEs contained the words, Secretary of the Treasury of the United States of America, United States Department of The Treasury and U.S. Secretary of Transportation as the Account Domain "Payor" Bank. The fraudulent instruments also contained the words, Secretary of the Treasury of the United States or Other Authorized Representative of the United States as the "Drawee." The fraudulent IBOE also read as follows, Per Guarantee of U.C.C. Contract United States Treasury Priority Prepaid Exempt Account/Bond No.

### IBOE Draft #5

20.     Simons informed your Affiant that between the dates of April 11, 2014 and April 30, 2014, DYER continued communication with Bob Bell Nissan using the email td717@yahoo.com to place additional vehicle orders and to coordinate payments.

21.     Simons informed your Affiant that on April 30, 2014 DYER traveled to the Bob Bell Chevrolet located at 1 Kane Street, Baltimore, MD 21224 and provided Hornstein with draft

10

#5, IBOE #1006, in the amount of $295,120.00 as payment for an additional (4) vehicles to be delivered at a later date.

22.    Simons provided your Affiant with email correspondence from DYER to Bob Bell, dated Tuesday, April 15, 2014.  The email contained information provided by DYER to Bob Bell for delivery and billing, which included the following information:  DYER Family Trust, 3670 Valley View HWY, Sequatchie, TN 37374.

23.    Simons also provided copies of the seven invoice and purchase contracts for the vehicles DYER initially attempted to purchase.  The contracts were signed by DYER and identified the DYER Family Trust as the buyer, which was located in Sequatchie, TN.

24.    Hornstein submitted IBOE #1006 to Bob Bell's accounting office for deposit.

25.    The Bob Bell Chevrolet accounting office held IBOE #1006 and did not deposit it into their bank account.

11

THIS DOCUMENT HAS A COLORED BACKGROUND AND MICROPRINTING.  THE REVERSE SIDE INCLUDES AN ARTIFICIAL WATERMARK.

Reference Prepaid Private status, exchange and acknowledgement, Note Not a Bank check, for Holding, Account & EFT only Private between the Parties This is a tender of Credit-see all / and or discharge - the obligation as per UCC-103; 1-104; 3-311; 3-603(a)(b) and Public Policy House Joint Resolution of June 5, 1933, Negotiable through The Federal Window via Treasury Tax & Lien Department & Driver's UCC Contract Trust Account. UCC 3-585(c), 3-501(3)(a)(b), 3-410 & UCC 207 (1)(2)(3)(50), 3-103(a)(X)a. Public Law 73-10.

ALLONGE

**INTERNATIONAL BILL OF EXCHANGE**

*** TWO HUNDRED NINETY FIVE THOUSAND ONE HUNDRED TWENTY UNITED STATES DOLLARS ONLY ***

ORIGINAL PRIVATE BANK DRAFT
PER GUARANTEE OF U.C.C. CONTRACT UNITED STATES TREASURY PRIORITY PREPAID EXEMPT ACCOUNT/BOND NO.

CREDIT UPON SIGHT TO PAYEE:
BOB BELL CHEVROLET-NISSAN INC.

(USC Title 26 Sec. 1. 275-1(b) 1099 OID (Credit Issue)

ACCOUNT DOMAIN: PAYING BANK
SECRETARY OF THE TREASURY OF THE UNITED STATES OF AMERICA /
U.S. SECRETARY OF TRANSPORTATION
UNITED STATES DEPARTMENT OF THE TREASURY
Treasury Control Entries (tdlof payments)
TOCK P.O. BOX 1666
BIRMINGHAM, ALABAMA USA 35290-1666

GRANTED
SECRETARY OF THE TREASURY OF THE UNITED STATES
ON OTHER AUTHORIZED REPRESENTATIVE OF THE UNITED STATES
THEOFANE LEES U.K. CITIZEN-TRUST)
TIMOTHY D. DYER, TRUST 33-6565565
P.O. BOX 1506, 35601
DELAIR, MARYLAND, USA BY RULE OF LEX DOMICELLI USA

DRAWER:
Private Banker Intermediary (2)
TIMOTHY D. DYER, RECEIVING POST AT:
P.O. BOX 1555,
DELAIR, MARYLAND, 35601 BY RULE OF LEX DOMICELLI USA

VOID WHERE PROHIBITED BY LAW

062736011          212829565          001006

STATEMENT OF ACCOUNT OF TIMOTHY DYER FAMILY TRUST

| DATE | ACCOUNT NO. | AMOUNT | PREVIOUS BALANCE | CURRENT BALANCE |
|------|-------------|--------|------------------|-----------------|
| 4/30/2014 | F38460836 | $295,120.00 | $295,120.00 | $0.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**FIDUCIARY:** This a EFT credit issue set-off item with an attached charging instrument that has been accepted for value by the principal. It is to be presented through electronic medium by EFT "FEDWIRE" to access a pre-established UCC contract treasury trust account used for this purpose. Post the uncollected funds into the asset column of the customer's account and charge the offer and acceptance for settlement, prepaid and exempt when entered to the post closing balance . Return to original issue profile is priority exempt after acknowledgement from the principal, a prepaid exchange, is a Cesti-Que Trust treasury accrual item, and a US bankruptcy proceeding remedy.

VersaCheck Form 1000 Prestige (05/13)

**VOID WHERE PROHIBITED BY LAW**

www.versacheck.com

STATE OF MARYLAND
County of: ______
Sworn and subscribed in due form before me
this ___ day of ______
My Commission Expires 6/7/17

IBOE NO. 1006

ISSUE PURSUANT TO AND IN ACCORDANCE WITH FINAL ARTICLES OF THE UNCITRAL CONVENTION IN EFFECT THE DATE HERE OF. (REFERENCE: Ratify convention articles 1-7, 11-13, 46-2, 4-4c, 51). PUBLIC POLICY DOCUMENT DRAFT ISSUED BY A PRIVATE UNINCORPORATED NATIONAL BANKING ASSOCIATION. GUARANTEE LEGAL TENDER OF THE CORPORATE UNITED STATES OF AMERICA. LEGAL TENDER FOR ALL DEBTS, PUBLIC CHARGES, TAXES AND DUES PAYABLE WITHOUT DEDUCTIONS FOR AND FREE OF ANY LEVY, DUTIES, OR IMPORT OF ANY NATURE IN THE UNITED STATES DOLLARS (USD). PRESENT DIRECTLY TO THE COLLECTING PARTY WITH DOCUMENTS, ACCEPTANCE FOR HONOR TO CREDIT ON SITE.

SPECIAL INSTRUCTION (TREASURY CONTROL SYSTEM) (OFFSET PAYMENTS) (1.) Non-cash-Item- Prepaid Electronic Funds Transfer Only Instrument for discharge of any private or public contractual claim/offer to include those that are verbal. (2.) This valuable document written in Good Faith under the Doctrine of Necessity and Tendered for Transfer by Assignment of Account to the Drawee to Render Settlement in Full Satisfaction and Closure of Contract Dated April 30, 2014 by the transfer of credit for credit on account. (3.) See attached letter of instruction and information Memorandum of Law. (4.) Contract Dated April 30, 2014 Instrument and Form UCC3 must remain attached to this instrument. (5.) Acceptance of this instrument constitutes agreement of the parties that discharge obligations of the original invoice/demand. (6.) SEPEARTION OF THESE DOCUMENTS, DESTRUCTION, MUTILATION, OR SURRENDER TO MAKER DISCHARGES LIABILITY HEREIN.

SIGNATURE: Timothy Dyer AGENT WITHOUT RECOURSE.
THIS DATE OF APRIL 30, 2014
"As good as Aval", Authorized Representative, As Holder-in-Due-Course

ON THIS THIRTITH DAY OF APRIL, TWO THOUSAND FOURTEEN, BEFORE ME A NOTARY PUBLIC OF THE STATE OF MARYLAND, USA, CAME TO MAN WHO PROVED TO ME ON THE BASIS OF SATISFACTORY EVIDENCE TO BE THE MAN WHOSE SIGNATURE IS SUBSCRIBED HEREON. THIS SAID MAN SOLEMNLY AFFIRMED THAT HE HAS FIRST HAND KNOWLEDGE OF THE FACTS CONTAINED HEREIN AND THAT THEY AE TRE, CORRECT, COMPLETE, AND CERTAIN.

26. Your Affiant, received IBOE #1006 from Bob Bell Chevrolet and retained the fraudulent instrument as evidence. Your Affiant examined the fraudulent instrument and noted the following; the fraudulent IBOE contained the words, Secretary of the Treasury of the United States of America, United States Department of The Treasury and U.S. Secretary of Transportation as the Account Domain "Payor" Bank. The fraudulent instrument also contained the words, Secretary of the Treasury of the United States or Other Authorized Representative of the United States as the "Drawee." The fraudulent IBOE also read as follows, "Per Guarantee of U.C.C. Contract United States Treasury Priority Prepaid Exempt Account/Bond No."

27. Davis informed your Affiant that he met with DYER at Bob Bell Chevrolet as a last resort to try and resolve the IBOE processing and redemption confusion. Davis stated DYER referred him to emails, web sites, and other paperwork claiming DYER's Sovereign Citizen Affiliation.

## Circumstances Underlying May 9, 2014 Arrest of DYER.

28.     Between the dates of May 7, 2014 and May 9, 2014 BCPD entered the (7) vehicles DYER initially purchased into the National Criminal Information Center (NCIC) as stolen.  Bob Bell Chevrolet and BCPD subsequently coordinated with the OnStar Corporation to activate the Global Positioning Systems (GPS) and in-vehicle security features to locate and shut down the vehicles, rendering them inoperable.

29.     On May 9, 2014, three of the vehicles were found in the Baltimore County area and recovered by police.  In each instance, the person in possession of the vehicle claimed they were given the vehicle as a gift by DYER.  They all claimed the vehicles were paid for by DYER and registered to the DYER TRUST and it was just like driving a company car.

30.     One of the driver's was identified as Joshua Dyer, DYER's son, who informed a BCPD detective, that DYER recently contacted him and was trying to purchase several vehicles for Joshua and his friends.  Joshua claimed his father, DYER, stated "All my research finally worked."

31.     One of the stolen Chevy Malibu cars was found in the possession of DYER at his residence located at 315 Bright Oaks Drive, Bel Air, MD 21015.  DYER was arrested by BCPD's Regional Auto Theft Team (RATT).  In DYER's possession were the keys to a silver Nissan Maxima.  Another BCPD RATT detective, observed several financial looking documents inside the Maxima, which was parked outside DYER's residence.  DYER claimed to be the owner of the Maxima.  The detective specifically observed a document titled EFT Credit Document in an amount over $1 million in the backseat of the Maxima.  This document was similar to the IBOE manufactured by DYER which was used to facilitate the fraudulent purchases and ultimately the theft of the (7) Chevy Malibu cars.

14

32.     BCPD detectives provided <u>Miranda</u> Rights to DYER, at which time DYER agreed to be interviewed.  DYER informed detectives there was a $1.2 million promissory note he issued still in his vehicle (Maxima).  DYER claimed he used the IBOE's form of payment for every large purchase he made, which is based on his ability to issue himself credits through the U.S. Treasury.

### Evidence and information obtained during May 10, 2014 Search Warrant of DYER's residence.

33.     On May 10, 2014 members of the BCPD and Harford County Sheriff's Office (HCSO) RATT executed a Search and Seizure Warrant issued by the District Court of Maryland for Baltimore County, MD on DYER's residence and automobile, a Nissan Maxima.

34.     At the time of DYER's arrest, officers seized fraudulent passport identifications and several financial documents to include, additional fraudulent IBOE's similar to those issued to Bob Bell Chevrolet and other financial instruments purporting to be official U.S. Treasury Bonds from the residence and automobile.

35.     Officers seized IBOE # 1002, from DYER's vehicle.  The IBOE was made payable to Omni Land Title Corporation, in the amount of $1,200,000.  Your Affiant examined the fraudulent instrument and noted the following; the fraudulent IBOE contained the words, Secretary of the Treasury of the United States of America, United States Department of The Treasury and U.S. Secretary of Transportation as the Account Domain "Payor" Bank.  The fraudulent instrument also contained the words, Secretary of the Treasury of the United States or Other Authorized Representative of the United States as the "Drawee."  The fraudulent IBOE also read as follows, "Per Guarantee of U.C.C. Contract United States Treasury Priority Prepaid Exempt Account/Bond No."

15

36.     Officers also seized various mail and other correspondence, from the residence and vehicle, addressed to DYER or from DYER to government agencies and businesses whereby it appeared DYER attempted to pass additional fraudulent IBOE's.

37.     Your Affiant reviewed the financial document evidence obtained by BCPD and HCSO during the Search and Seizure Warrant and calculated the amounts of fraudulent IBOE's and U.S. Treasury Bonds manufactured to be in excess of $7.5 billion.

**Circumstances Underlying October 17, 2015 Arrest of DYER.**

38.     On September 8, 2014 DYER failed to appear in Circuit Court for Baltimore County for the arraignment of charges stemming from the April 11, 2014 IBOE scheme.  DYER faced (1) count of Theft: $100,000 Plus and (1) count of Attempted – Theft: $100,000 Plus.

39.     On September 15, 2014 the Circuit Court for Baltimore County issued an arrest warrant for DYER.

40.     On October 17, 2015 Patrolman Stango of the Wildwood Police Department, Willdwood, NJ, conducted a traffic stop of a white, 1996, Chevrolet Astro van, with vehicle identification number (VIN) 1GBEL19W6TB102068, bearing Tennessee license plate P8406W, registered to the Dyer Family Trust located at 3670 Valley View Highway, Sequatchie, Tn 37374.

41.     During the traffic stop the Patrolman requested to see the driver's license and registration, at which time the driver provided a valid registration and a pamphlet.  The driver told the patrolman the pamphlet was his "International Driver's Permit."  The driver informed the patrolman he never possessed a driver's license and only identified himself as Timothy Dennis and date of birth of "12-16-1961."

16

42.     A subsequent records check for the name and date of birth provided by the driver resulted in no records found.  The driver would not provide a Social Security Number to the patrolman and claimed he never obtained one, but admitted he was born in Baltimore, MD.  The driver continued to refuse to provide a valid identification and argued that he was not "driving, but traveling."  The driver provided a World Government of World Citizens Traveler's Passport and World Identity Card, which the patrolman deemed to be a fraudulent documents.

43.     The driver was subsequently arrested and transported to the Wildwood Police Department Headquarters, where he was later fingerprinted.  The fingerprint inquiry identified the driver as Timothy Dennis DYER date of birth March 22, 1962 and revealed DYER was a fugitive from justice because of an arrest warrant issued by the State of Maryland.

44.     On October 29, 2015, representatives from the Cape May County Correctional Center contacted your Affiant and advised me that the fraudulent passport and identification cards were delivered to the jail with DYER and are stored in his personal property.  Also included in DYER's property was a cellular telephone. During the investigation, I have learned that DYER has communicated with victims of his fraud, as well as other co-conspirators who were involved in his scheme.  I believe that the cellphone may contain evidence of his crimes.

45.     Wildwood, NJ Police Officers did not search the car for any additional documents or records relating to DYER's fraudulent activity.  Based on the prior searches, I know that DYER has a history of keeping fraudulent documents, such as fraudulent instruments in his vehicles and that he has transported those fraudulent instruments to various commercial establishments when he has attempted to pass them.

17

## Additional Investigation into DYER and COLON

46.     Your Affiant determined the IBOE located in DYER's vehicle during the May 10, 2014 search and seizure warrant was the result of DYER's attempt to fraudulently purchase real estate in Hartford County Maryland.

47.     On April 11, 2014, DYER submitted IBOE# 1002 to Omni Land Title Corporation as payment for the purchase of property.  Omni Land Title Corporation subsequently deposited the IBOE into their escrow operating account maintained by a national bank.  The bank later rejected the IBOE as an illegitimate financial instrument and returned it to Omni Land Title Corporation.

48.     Omni Land Title Corporation informed DYER the IBOE was rejected by their bank and arranged for DYER to pick up the IBOE at their office.

49.     Your Affiant conducted further investigation of DYER and discovered previous complaints were made to the U.S. Treasury and the Financial Crimes Enforcement Network (FinCEN) regarding similar schemes he perpetrated.  DYER attempted to acquire automobiles, cash, credit and real estate across the United States by opening Treasury Direct accounts and submitting bogus IBOEs to the U.S. Treasury, banks, government agencies and businesses.

50.     On July 24, 2011 DYER established a Treasury Direct account with the U.S. Treasury's Bureau of Fiscal Service (BFS) and provided his personal email as timdyer88@yahoo.com, which would also be used for official correspondence between DYER and BFS regarding financial transactions.  Treasury Direct is a financial services website which allows customers to buy and redeem securities directly from the U.S. Department of Treasury in paperless electronic form.  Examples of securities are Treasury Notes, Treasury Bills, Inflation-Protected Securities and Series I and EE Bonds.

18

51.     On April 16, 2013 DYER attempted to deposit a personal check, drawn from his Wells Fargo Bank account, into his Treasury Direct account. The check was issued in the amount of $164,518.46 for what DYER referred to as discharge, set off and adjustment. The discharge, set off and adjustment DYER referred to involved his attempt to purchase (2) Lexus cars from the Butler Automobile Dealer Group in Macon, GA. DYER attempted to make a fraudulent deposit into the Treasury Direct account and then attempted to use those same non-existent funds to purchase the (2) Lexus cars.



19

52.     Your Affiant determined the address, 3670 Valley View Highway, Sequatchie,

TN 37374, used by DYER during the IBOE schemes and displayed on the van's registration

belong to the United States Post Office located in Sequatchie, TN.

53.     Your Affiant interviewed Teddi Ann Buss, United States Postmaster, for

Sequatchie, TN.  Buss advised your Affiant that neither the United States Postal Service, nor

Buss authorized DYER to utilize the Post Office's address.  Buss confirmed the address belongs

to the Post Office and not DYER's place of business or residence.

### VEHICLE TO BE SEARCHED AND THINGS TO BE SEIZED

54.     Your Affiant confirmed the description, vehicle's identification number and

location of the white in color, 1996, Chevrolet Astro van, with vehicle identification number

(VIN) 1GBEL19W6TB102068, bearing Tennessee license plate P8406W, registered to the Dyer

Family Trust located at 3670 Valley View Highway, Sequatchie, Tn 37374.

55.     The vehicle is presently being stored by order of the Wildwood Police

Department at Bob's Auto Body, 401 West Rio Grande Avenue, Wildwood, NJ 08260.

56.     DYER's personal effects are presently being stored at the Cape May County

Correctional Center, 125 Crest Haven Road, Cape May Court House, NJ  08210.

57.     Items to be seized; any items regarding finances; to include bank accounts, trusts,

liens, loans, bonds, stocks, etc…, IBOE's, large purchases, bank accounts, real estate,

automobiles, titles, checks, bonds, Promissory Notes.  Any items of identification, whether

fraudulent or authentic, material, instruments or devices used to manufacture and produce

fictitious instruments and/or identifications.  Any electronic devices; such as laptops, computers,

cell phones, personal electronic devices (ipads/pads), printers, scanners, thumb drives and/or

external hard drives used to store information.  Any Sovereign or extremist group literature,

instruction manuals, appointment books, calendars or other methods of record keeping.

## CONCLUSION

58.     Due to the above events your affiant believes there are additional self-issued financial and identification documents as well as evidence pertaining to the creation of fraudulent financial documents and identification contained within the Chevrolet van DYER was operating at the time of his October 17, 2015 arrest.

59.     Your Affiant has conducted investigations and received training in the theories and practices of Sovereign Citizen organizations regarding the use of counterfeit and/or altered bank and financial documents used to obtain and sell stolen real estate, vehicles and vessels.  In these cases, the person will either counterfeit or alter a financial document or access Sovereign Citizen web sites and download Sovereign financial paperwork.  The person will then use this paperwork to purchase one or several properties, vehicles or vessels for personal use or to sell for profit knowing that the documents are not supported by any financial institution, not negotiable forms of payment, nor constitute lawful obligations of the United States.  The vehicles are then titled with other sovereign papers in an attempt to conceal the true ownership/identity of the vehicle in hopes to hide it from authorities and/or bank repossession agents.  The person commonly electronically files a Financing Statement Amendment within a particular states jurisdiction according to the Uniform Commercial Code as a way to convolute ownership.

60.     Additionally, your Affiant knows through training, knowledge and experience that Sovereign schemes are further facilitated with the manufacturing of self-produced fraudulent identification; such as, the World Passport, International Driver's Permit or Traveler's Identification documents to facilitate their frauds and avoid law enforcement detection.

21

61.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that within the Chevrolet van and personal contents, there exists evidence of a crime, contraband and/or fruits of a crime.  Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that the vehicle and personal contents listed in paragraph 4, above, contain evidence of violations of 18 U.S.C. §§ 472 (uttering counterfeit obligations or securities), 514 (Fictitious Obligations) and 31 U.S.C. § 333 (misuse of Department of Treasury names). Accordingly, a search warrant is requested.

62.     It is respectfully requested that this Court issue an Order pursuant to which the Application of the United States and all papers submitted in support of the Application be filed under seal.  The evidence to be seized and the information upon which the Application is based are relevant to an ongoing investigation and premature disclosure of this Affidavit and related documents may jeopardize the effectiveness of that investigation.

22